IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-51093
Summary Calendar

_____


JOHN H. REED,

                                    Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-00-CV-217
--------------------
November 19, 2002

Before JONES, STEWART and DENNIS, Circuit Judges.

PER CURIAM:[*]

        John H. Reed appeals the district court's judgment affirming the Social Security Commissioner's decision to deny him disability benefits.  He argues that the Administrative Law Judge ("ALJ") used an incorrect legal standard in evaluating his subjective complaints of pain and that the ALJ's decision was not supported by substantial evidence.

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the parties' briefs, and we conclude that there is no reversible error. The ALJ was not required to follow formalistic rules in articulating his rejection of Reed's subjective complaints of pain. See Falco v. Shalala, 27 F.3d 160, 164 (5th Cir. 1994). Nor has Reed shown that the ALJ's decision was not supported by substantial evidence. See Greenspan v. Shalala, 38 F.3d 232, 236 (5th Cir. 1994); Boyd v. Apfel, 239 F.3d 698, 704 (5th Cir. 2001).

**AFFIRMED.**